IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROLLIE EDWARD WINSTON, JR.                                                PLAINTIFF

v.                              Case No. 4:13CV00248 SWW-JTK

CAROLYN COLVIN, *Acting Commissioner*,
Social Security Administration                                            DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion to Proceed In Forma Pauperis (DE #1). Plaintiff lists no income but numerous financial obligations. Because no information is provided that enables the Court to make an informed decision, the Court finds the application incomplete.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entry, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986). Although a claimant need not be "completely destitute" to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Id.*

The Court hereby directs Plaintiff to provide within fourteen (14) days of this Order some explanation as to any source(s) of income and/or means of support.

IT IS SO ORDERED this 29th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE