IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROLLIE EDWARD WINSTON, JR.                                                           PLAINTIFF

V.                                    CASE NO. 4:13CV00248 JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                       DEFENDANT

# JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, **IT IS CONSIDERED, ORDERED and ADJUDGED** that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 9th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE